IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IRENE HECHT, on behalf of herself and all others similarly situated,

Plaintiff,

-v-

PRECIOUS MOMENTS COMPANY, INC.,

Defendant.

Civil Case Number: 1:20-cv-05752-KPF

### DISMISSAL ORDER

IT IS HEREBY ORDERED: that pursuant to the parties' November 13, 2020 Stipulation of Dismissal, all claims asserted against Defendant in Civil Action No. 1:20-cv-05752-KPF, are dismissed with prejudice; and it is further:

ORDERED:  that all parties shall bear their own attorneys' fees and costs incurred in this action.

SO ORDERED THIS  17th  day of November 2020.

*Katherine Polk Failla*

HONORABLE KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE